NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Appellee,*

v.

**INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC.,**
*Defendant-Appellant,*

**and**

**INTERACTIVE COMMUNICATIONS INC.,**
*Defendant.*

---

2010-1267

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 03-CV-0337, Judge T. John Ward.

---

## ON MOTION

---

## ORDER

Alexsam, Inc. and Interactive Communications International, Inc. jointly move for a 14-day extension of time,

until August 5, 2010, for Alexsam to file its brief, and for a 5-day extension of time, until August 24, 2010, for Interactive to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 15 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James J. Foster, Esq.
    Robin L. McGrath, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK